UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  
    BRAXTON DORRIS  
    VALENCIA L DORRIS  
        Debtors

Case No. 08-13465

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/27/2008.

2) The plan was confirmed on 09/17/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/24/2009.

5) The case was dismissed on 04/17/2009.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $ 36,100.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,697.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$6,697.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,900.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $359.09 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,259.09** |

Attorney fees paid and disclosed by debtor:     $600.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A ALL FINANCIAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| AFNI/ VERIZON WIRELESS | Unsecured | 867.00 | 1,156.48 | 1,156.48 | 0.00 | 0.00 |
| ALLIED CREDIT | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| APLM LTD | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| AT & T WIRELESS | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 4,538.00 | 6,759.82 | 6,759.82 | 0.00 | 0.00 |
| BRINKS HOME SECURITY | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 341.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 1,141.00 | 1,607.83 | 1,607.83 | 0.00 | 0.00 |
| COUNTRYWIDE FINANCIAL | Secured | 18,143.64 | 18,143.64 | 18,143.64 | 1,304.31 | 0.00 |
| COUNTRYWIDE FINANCIAL | Secured | NA | NA | NA | 0.00 | 0.00 |
| CREDIT UNION 1 | Secured | 18,304.00 | 18,303.09 | 18,303.09 | 1,363.24 | 479.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| DIVISION OF CHILD SUPPORT ENF | Priority | 2,204.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY TREATMENT SC | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HUMAN SVCS | Unsecured | 656.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Priority | 1,100.00 | 4,483.53 | 4,483.53 | 0.00 | 0.00 |
| ILLINOIS DEPT REVENUE | Unsecured | NA | 761.63 | 761.63 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 529.83 | 529.83 | 529.83 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 14,761.11 | 14,761.11 | 14,761.11 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 313.00 | 313.57 | 313.57 | 0.00 | 0.00 |
| LAKEWOOD SPRINGS HOA | Secured | 404.00 | 404.00 | 404.00 | 80.82 | 0.00 |
| LOU HARRIS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE ACCEPTANCE | Unsecured | 387.00 | 521.79 | 521.79 | 0.00 | 0.00 |
| NATIONWIDE ACCEPTANCE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| NEX/MIL STAR/EXCHANGE | Unsecured | NA | 209.13 | 209.13 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 746.00 | 996.87 | 996.87 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NICOR GAS | Unsecured | 449.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICE | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 3.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 1,100.00 | 3,585.44 | 3,585.44 | 192.42 | 18.12 |
| ROUNDUP FUNDING LLC | Unsecured | NA | 464.50 | 464.50 | 0.00 | 0.00 |
| RUSH COPLEY | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| SILVERLEAF RESORT INC | Unsecured | 4,568.00 | 4,568.00 | 4,568.00 | 0.00 | 0.00 |
| STATE DISBURSEMENT UNIT | Priority | NA | 1,973.49 | 1,973.49 | 0.00 | 0.00 |
| STATE DISBURSEMENT UNIT | Priority | NA | 1,358.66 | 1,358.66 | 0.00 | 0.00 |
| SUPERIOR ASSET MGMT | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| VALLEY WEST COMMUNITY HOSPIT | Unsecured | 1,143.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL INC | Unsecured | 838.00 | 850.78 | 850.78 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL RETAIL | Unsecured | 1,496.00 | 1,920.05 | 1,920.05 | 0.00 | 0.00 |
| WINFIELD FIRE PROTECTION DIST | Unsecured | 1,010.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $18,143.64 | $1,304.31 | $0.00 |
| Debt Secured by Vehicle | $18,303.09 | $1,363.24 | $479.00 |
| All Other Secured | $404.00 | $80.82 | $0.00 |
| **TOTAL SECURED:** | **$36,850.73** | **$2,748.37** | **$479.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $3,332.15 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $19,244.64 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$22,576.79** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$24,245.72** | **$192.42** | **$18.12** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,259.09 |
| Disbursements to Creditors | $3,437.91 |
| **TOTAL DISBURSEMENTS:** | **$6,697.00** |

UST Form 101-13-FR-S (4/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/28/2009               By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**